RICHARD RAYNAL KEENE, PLAINTIFF IN ERROR, *vs.* WARREN
WHITAKER, LAURA WADE, GEORGE DOUGHERTY, FRANCIS
MARKS, AND C. CUNNINGHAM, DEFENDANTS IN ERROR.

The case of Foster and Elam *vs.* Neilson, 2 Peters, 254; and Garcia *vs.* Lee, 12 Peters,
511, which cases decide against the validity of the grants made by the Spanish govern-
ment, in the territory lying west of the Perdido river, and east of the Mississippi river,
after the Louisiana treaty of 1803, cited and affirmed.

ON appeal from the Circuit Court of the United States for East
Louisiana.

On the 26th November, 1833, the appellant filed a petition in the
Circuit Court of the Eastern District of Louisiana, claiming under
conveyances to him from Daniel Clarke, deceased, a tract of land,
of nine hundred and forty-seven acres, part of thirty thousand ar-
pents, which in 1804 had been granted by the Spanish intendant,
Don Juan Ventura Morales, in the name of the Spanish govern-
ment, to Don Gilberty Andry, who was the vendor of part of the
tract to Daniel Clarke.   This tract was situated in that part of what
was alleged to be a part of Louisiana, by the United States, be-
tween the river Perdido, and the river Mississippi, they claiming the
same under the cession of France to the United States of Louisiana.
The United States had asserted that this country had been trans
ferred to France by Spain, by the treaty of St. Ildefonso, of 1800,
and under the treaty with France belonged to the United States.
Under this claim the United States had caused sales of the land to
be made; and the defendants in error had become the purchasers
under the United States, of the tract which the petitioner asserted
to belong to him under the grant to Don Gilberty Andry.

The petition prays proceedings against those who had purchased
from the United States; and all just and legal aid in the premises.

The defendants, in their answer to the petition, allege, that
subsequently to the treaty of St. Ildefonso, of 1800, the Spanish
government never had any right or title to the property claimed.
By that treaty, the whole of the territory lying between Mississippi
and the Perdido, including the land claimed by the plaintiff, be-
longed, under the treaty with France, to the United States.   The
property of the defendants is held under titles from the United
States.

The Circuit Court made a decree against the plaintiff, who, there-
upon, prosecuted this writ of error.

The case was submitted to the Court by Messrs. Key and Jones,
the counsel for the plaintiff in error, without argument.

[Keene *vs.* Whitaker et al.]

Mr. Chief Justice Taney delivered the opinion of the Court.

This case comes up by writ of error from the Circuit Court of the United States, for the District of East Louisiana. It has been submitted by the counsel for the plaintiff in error, without argument; and upon looking at the case as agreed on and stated by the parties in the Court below, it is evident that the principles laid down in the case of Foster and Elam *vs.* Neilson, 2 Peters, 254; and Garcia *vs.* Lee, 12 Peters, 511, must decide this case against the plaintiff. The judgment of the Circuit Court must, therefore, be affirmed.

This cause came on to be heard on the transcript of the record from the Circuit Court of the United States for the Eastern District of Louisiana, and was argued by counsel. On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said Circuit Court, in this cause be, and the same is hereby, affirmed, with costs.